IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NO. 4:11CR196 |
| | § | |
| MELVIN ANTONIO BENITEZ (26) | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On July 22, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Melvin Antonio Benitez's Motion to Suppress Oral Statements (Dkt. 859) be DENIED.

The court, having made a *de novo* review of the objections raised by Defendant, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Defendant are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant Melvin Antonio Benitez's Motion to Suppress Oral Statements (Dkt. 859) is DENIED.

**IT IS SO ORDERED.**

SIGNED this the 9th day of August, 2013.

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE